UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GIANNA NASTA,

                Plaintiff,                22 **CIVIL** 6400 (MKV)(VF)

      -v-                                       **JUDGMENT**

KILOLO KIJAKAZI,
ACTNG COMMISSIONER OF
SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated May 31, 2023, that the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings

**Dated:**  New York, New York
           June 1, 2023

                                                **RUBY J. KRAJICK**

                                                     **Clerk of Court**

                             **BY:**

                                                     **Deputy Clerk**